NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALVIN EVERETT,                        )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-3274
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Calvin Everett, pro se.


PER CURIAM.


Affirmed.  See Tucker v. State, 726 So. 2d 768 (Fla. 1999); Everett v. State, 173 So. 3d 973 (Fla. 2d DCA 2015) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Everett v. State, 980 So. 2d 1074 (Fla. 2d DCA 2008) (table decision); Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Sims v. State, 141 So. 3d 613 (Fla. 4th DCA 2014); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.